# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLAUDELL BOULIGY | * | CIVIL ACTION NO.: 08-2466 |
| VERSUS | * | SECTION: "E" |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | * | MAGISTRATE: 4 |

## ORDER

**IT IS ORDERED** that Plaintiff's and Defendant's Consent Motion to Dismiss is hereby GRANTED, thereby dismissing all claims for flood damage, claims under the Louisiana Valued Policy law, and claims for additional living expenses and loss of personal property contents in regards to the homeowner's policy issued to plaintiff by defendant as set forth in Plaintiff's Second Amended Petition.

New Orleans, Louisiana, this 25th day of November, 2008.

_____
JUDGE

DJO Library:1810-64011\BF-002698_1 _1